**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALLANA XAVIER BAILEY,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY

Defendant.

---------------------------------------------------------------X

**ORDER**

**26-CV-817 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The administrative record was filed on April 6, 2026. Dkt. No. 9. Per the scheduling order at Dkt. No. 11, Plaintiff's brief was due on July 6, 2026. The Court has not received Plaintiff's opening brief. This Court will give Plaintiff one final chance to file the brief by **October 1, 2026**. If the Court does not receive Plaintiff's brief by July 6, the case will be dismissed.

If Plaintiff files a motion by the October 1 deadline, Defendant's opposition is due by **October 29, 2026** and Plaintiff's reply is due by **November 12, 2026.**

SO ORDERED.

DATED: New York, New York
September 17, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge